**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | | |
|---|---|---|
| N.J., by his next friend, | ) | |
|     KELLY JACOB,   et.al. | ) | |
| | ) | |
|     Plaintiffs, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 20-CV-227 |
| | ) | |
| DAVID SONNABEND, | ) | |
| Individually and in his official | ) | |
| Capacity as Associate Principal of | ) | |
| Shattuck Middle School, et.al. | ) | |
| Defendants. | ) | |

## <u>PLAINTIFF'S UNOPPOSED MOTION TO DROP PARTY PLAINTIFFS</u>

Plaintiffs move pursuant to Fed.R.Civ.Proc. 21 to drop two parties plaintiff

from this case.  In particular, Plaintiff K.S. and Plaintiff R.N. desire to be dropped

from this case.  As a result of their dropping from the case, Plaintiff N.J. will

remain with his claims against Defendant David Sonnabend, and Plaintiff A.L. will

remain with his claims against Defendant Beth Kaminski.  Plaintiffs' counsel has

consulted with Defendants' counsel on this Motion, and Defendants' counsel has

indicated that he does not oppose this Motion.


JOHN R. MONROE,

–1–

/s/ John R. Monroe

John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
Telephone: (678) 362-7650
jrm@johnmonroelaw.com
State bar # 01021542

ATTORNEYS FOR PLAINTIFFS