UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

N.J., by his next friend, KELLY JACOB,

        Plaintiff,

    v.                                                                                             Case No. 20-C-227

DAVID SONNABEND, individually and in
his official Capacity as Associate Principal of
Shattuck Middle School,

        Defendant.

---

TARA LLOYD,

        Plaintiff,

    v.                                                                                  Case No. 20-C-276

BETH KAMINSKI, individually and in
her official Capacity as Principal of
Kettle Moraine High School,

        Defendant.

## ORDER

This matter comes before the Court on Defendants' motion to adjourn the trial date and pretrial deadlines. Defendants request that the Court remove the trial and pretrial hearing dates from the Court's calendar pending a resolution of the parties' cross-motions for summary judgment. The final pretrial conference is scheduled for May 7, 2021, and the jury trial is scheduled to begin on May 24, 2021. The Court finds that a limited adjournment of the trial date and pretrial conference pending a decision on the motions for summary judgment will serve the interests of judicial economy and conserve the parties' resources. Accordingly, Defendants'

motion to adjourn (Dkt. No. 51) is **GRANTED**.  The final pretrial conference scheduled for May 7, 2021, and the jury trial scheduled to begin May 24, 2021 are adjourned.  The Court will schedule the final pretrial conference and jury trial for this matter following its decision on the motions for summary judgment, if necessary.

**SO ORDERED** at Green Bay, Wisconsin this 12th day of April, 2021.

s/ William C. Griesbach
William C. Griesbach
United States District Judge