# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 21, 2021

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 21-1959

Caption:
N.J., by next friend, KELLY JACOB and A.L., by his next friend, TARA LLOYD,

    Plaintiffs - Appellants

v.

DAVID SONNABEND and BETH KAMINSKI,

    Defendants - Appellees

---

District Court No: 1:20-cv-00227-WCG
District Judge William C. Griesbach
Clerk/Agency Rep Gina M. Colletti

Date NOA filed in District Court: 05/21/2021
District Court No: 2:20-cv-00276-WCG
Clerk/Agency Rep Gina M. Colletti

Date NOA filed in District Court: 05/21/2021

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)